**Date:** 3/5/2025                    **Time:** 2:29p – 2:38p

**Judge:** William B. Porter                    **Case #:** 1:14-cr-135

**Tape:**  FTR/400                    **Court Reporter:** N/A

**Hearing:** ☒Initial App./☐Detention Hearing/☐Preliminary Hearing/☐Status Conf./☐Motion Hearing

### Eastern District of Virginia
### United States of America
### v.
Erlis Antonio Leon Castellanos

**Participants**

USA: Philip Alito

Defense Counsel: Sandy Rhee

Court to appoint counsel: ☐AFPD/ ☐CJA/ ☐Conflict List/ ☐Defendant to retain counsel

Interpreter: Natasha Bonilla                    Language: Spanish

**Advisement**

☒Rule 5                    ☒Due Process Protections Act

**Probation/Sup. Release violation(s)**

☐Deft informed of violation(s)

☐Deft denies PC as to the violation(s)  ☐Deft does not contest PC as to the violation(s)

☐Court finds PC as to the violation(s)

**Detention Hearing/Preliminary Hearing**

☐DH waived / ☒DH held                    ☐PH waived / ☐PH held

☐Def submits on probable cause / ☐Def not contesting probable cause

☐Govt adduced evidence and rests                    ☐Court finds probable cause

**Detention**

☐Govt seeking detention / ☐not seeking detention

☐Def counsel seeking release / ☐not seeking release at this time

☐Def counsel not contesting release at this time                    ☒Deft remanded

**Bond Status**

☐Deft released on PR bond: ☐with conditions                    ☐Deft continued on PR bond

☐Deft continued on previously imposed conditions: ☐Probation / ☐Supervised Release

**Future proceedings**

☐Matter continued for further proceedings before the Grand Jury

☒Next hearing: Arraignment – 3/11/25 – 9a - LMB