## ***UNITED STATES DISTRICT COURT CRIMINAL MINUTES ***

Date:  3/11/2025                Judge:  **LEONIE M. BRINKEMA**              Reporter:   S. Austin

Time: 8:56  to 9:05 (00:09)                                Courtroom Deputy: K. Galluzzo
                                                           Interpreter: Teresa Roman

**UNITED STATES OF AMERICA**
                    V

**ERLIS ANTONIO LEON**
**CASTELLANOS**                        1:14cr00135-15
Defendant's Name                       Case Number

Sandi Rhee                             Philip Alito
Counsel for Defendant                  Counsel for Government

Matter called for:
( ) Motions                ( ) Setting Trial Date      ( ) Change of Plea Hrg.       ( ) Rule 35
(X) Arraignment            ( ) Appeal from USMC        ( ) Sentencing                ( ) Rule 20 & Plea
( ) Revocation – Supervised Release Hearing            ( ) Pre-Indictment Plea       ( ) Other:

Defendant appeared:        (X) in person               ( ) failed to appear
                           (X) with Counsel            ( ) without counsel           ( ) through counsel

Filed in open court:
 ( ) Criminal Information    ( ) Plea Agreement    (X) Discovery Order    (X) Speedy Trial Order    (X) Discovery Order

Arraignment & Plea:
 (X) WFA    ( ) FA    ( ) PG    (X) PNG   Trial by Jury:    (X) Demanded    ( ) Waived

30 Days to file Motions with Argument on a Friday docket
Defendant entered Plea of Guilty as to Count(s) _____    Plea Accepted ( )
Motion for Dismissal of Count(s) _____ ( ) by U.S.    ( ) by Deft.
( ) Order entered in open court   ( ) Order to follow
Defendant directed to USPO for PSI: ( ) Yes      ( ) No
Case continued to **JULY 28, 2025** at **10:00 AM** for:        (X) Jury Trial    ( ) Bench Trial        ( ) Sentencing
- Case deemed complex
- Speedy trial waived

## REVOCATION – SUPERVISED RELEASE HEARING:

Defendant   ( ) Admits  ( ) Denies violation of the conditions of probation/supervised release;
Court:  ( ) finds  ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: _____ Months; ( ) Supervised Release terminated

All Exhibits must be filed with the Clerk _____ days prior to trial.
 Bond Set at: $_____            ( ) Unsecured        ( ) Surety            ( ) Personal Recognizance

( ) Release Order Entered   ( ) Deft. Remanded   ( ) Deft. Released on Bond   ( ) Deft. Continued on Bond

Defendant is:  (X) In Custody   ( ) Summons Issued   ( ) On Bond   ( ) Warrant Issued   ( ) 1st appearance